Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELSEY BLAKELY,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO,<br><br>    Defendant. | **Case No. 3:15-CV-4692-WHO**<br><br>**ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Honorable William H. Orrick<br>Trial Date: Not yet set<br>Complaint filed: October 9, 2015 |

Upon consideration of the parties' Stipulation to Continue the Initial Case Management Conference, IT IS HEREBY ORDERED that the Initial Case Management Conference is continued to January 26, 2016, at 2:00 p.m. All other deadlines associated with the Initial Case Management Conference are continued accordingly.

Dated:   December 29, 2015

_____
The Honorable William H. Orrick
United States District Judge

LA:398352.1