UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY BLAKELY,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO,<br><br>        Defendant. | Case No.  15-cv-04692-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 35 |

The parties to this action settled this matter at a settlement conference before the Hon. Jacqueline Scott Corley.  Dkt. No. 35.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED.  It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.  **IT IS SO ORDERED**.

Dated: April 29, 2016



WILLIAM H. ORRICK
United States District Judge